JAMES E. TOWERY -- BAR NO. 74058
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

DONALD G. HUNT, JR. (Pro Hac Vice)
AKINS, HUNT & FEARON, P.C.
134 N. MAIN STREET, SUITE 204
Post Office Box 226
Fuquay-Varina, NC 27526
(919) 552-2020
FAX: (919) 552-2020

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER,<br><br>　　　　Defendants. | No. C04-04813JW ARB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

TO THE COURT:

　　THE PARTIES, through their respective counsel, hereby stipulate as follows:

　　1.　　In a prior order of the court, the parties were required to attend a mediated settlement conference. Since the entry of that order, the parties have attended a mediated settlement conference with the honorable Read Ambler and thereafter have spent several weeks attempting to negotiate a settlement of the claims presented in this action.

　　2.　　Presently, various settlement agreements have been drafted and are being circulated among the parties, and the parties continue to negotiate the matters set forth in those agreements. Though a settlement is not guaranteed, the parties remain optimistic that settlement negotiations remain viable. For this reason, the parties have not engaged in

-1-

substantive discovery, nor have their expert witnesses moved forward with preparing their reports.

3.  Prior to the above described mediation and settlement negotiations, the court entered a scheduling order. Because the parties have not fully resolved their differences through negotiation and because the deadlines previously established by the court will accrue in the near future, the parties, through counsel, request that the court modify the existing scheduling order by enlarging the deadlines stated therein. The parties consent, stipulate and agree to the following:

A.  Any party wishing to present expert testimony with respect to a claim or a defense shall lodge with the Court and serve on all other parties the name, address, qualifications, resume, and a written report which complies with Fed.R.Civ.P. 26(a)(2)(B) on or before February 3, 2006.

B.  Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2 for hearing no later than April 21, 2006.

C.  If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proffering a rebuttal expert shall make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B) on or before March 17, 2006.

D.  Pursuant to Civil L.R. 26-2, all discovery, including supplemental disclosure and depositions of expert witnesses, must be completed by May 12, 2006.

E.  The last day for hearing dispositive motions is July 10, 2006 at 9:00 a.m. Any motions must be noticed in accordance with the Local Rules of this Court.

F.  The attorneys who will try the case are ordered to confer with one another and to file and lodge with Chambers on August 14, 2006 a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order as described in the court's initial scheduling order.

1     G.     The attorneys who will try the case are ordered to appear in ~~August 26~~ September 18, 2006
2 at 11:00 a.m. for a Preliminary Pretrial and Trial Setting Conference.

3     H.     All remaining terms, conditions and provisions of the court's initial scheduling
4 order remain unchanged.

HOGE FENTON JONES & APPEL

Dated: November 21, 2005

*/s/ James E. Towery*
JAMES E. TOWERY
Attorney for Plaintiffs
BOB BARKER CO., INC.

BAUTE & TIDUS LLP

Dated: November __, 2005

*/s/ Mark D. Baute*
MARK D. BAUTE
Attorney for Defendant
FERGUSON SAFETY PRODUCTS

**ORDER**

IT IS SO ORDERED.

Date: 11/28/05

*/s/ James Ware*
UNITED STATES DISTRICT COURT JUDGE