BAUTE & TIDUS LLP
MARK D. BAUTE (State Bar No. 127329)
DAVID CROCHETIERE (State Bar No. 115582)
801 South Figueroa Street, Suite 1100
Los Angeles, California 90017
Telephone: 213-630-5000
Fax: 213-683-1225

Attorneys for Defendants
FERGUSON SAFETY PRODUCTS, INC.
LONNA SPEER and CAROLINE F. WINTER

HOGE, FENTON, JONES & APPEL, INC.
JAMES TOWERY
ALLISON SHORT
Sixty South Market Street, Suite 1400
San Jose, CA 95113-2396
Telephone: 408-287-9501
Fax: 408-287-2583

AKINS, HUNT & FEARON, P.C.
DONALD G. HUNT, JR. (Pro Hac Vice)
134 North Main Street, Suite 204
Post Office Box 226
Fuquay-Varina, NC 27526
Telephone: 919-552-2020
Fax: 919-552-3221

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

*E-FILED 2/23/06*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER,<br><br>Defendants. | Case No. CV04-04813 JW ARB<br><br>Complaint Filed: November 12, 2004<br>Honorable Judge James Ware<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING ON PLAINTIFF'S MOTIONS (1) TO COMPEL DISCOVERY AND (2) TO IMPOSE DISCOVERY SANCTIONS**<br><br>DATE: March 8, 2005<br>TIME: 9:30 a.m.<br>Magistrate Judge Seeborg |

**TO THE COURT:**

**THE PARTIES,** through their respective counsel, hereby stipulate as follows:

A.  WHEREAS, on January 18, 2006, plaintiff Bob Barker Company, Inc. ("BBC") filed a combined motion to compel discovery and to impose discovery sanctions, currently set for hearing on March 8, 2006 ("Discovery Motion"), and defendants' opposition thereto was due February 15, 2006;

B.  WHEREAS, BBC has now learned that it was required under the Local Rules to file separate motions to compel discovery and for discovery sanctions; and on February 21, 2006, BBC re-filed its request for sanctions as a separate motion, now set for hearing on March 29, 2006 ("Sanctions Motion"); and

C.  WHEREAS, the parties desire to make a single trip to San Jose to have both motions heard together on March 8, 2006, and to set up an appropriate briefing schedule therefor;

IT IS THEREFORE STIPULATED among the parties, that:

1. The Discovery Motion and the Sanctions Motion shall both be heard together, if the Court's schedule permits, on March 8, 2006, at 9:30 a.m.
2. The briefing schedule on the two motions shall be:
   a. Defendants' oppositions to each motion shall be electronically filed and served by 5:00 p.m. on February 24, 2006;
   b. BBC's replies, if any, in support of each motion, shall be filed and electronically served by 5:00 p.m. on March 3, 2006;

///
///
///
///
///
///

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

3. BBC shall be relieved of any obligation to file an *ex parte* application specially setting the Sanctions Motion for March 8, and defendants shall be relieved of any obligation to file an *ex parte* application seeking permission to late-file an opposition to the Discovery Motion.

Dated: February 21, 2005

BAUTE & TIDUS LLP

By: /s/ David P. Crochetiere
David P. Crochetiere
Attorneys for Defendants
FERGUSON SAFETY PRODUCTS, INC., LONNA SPEER and CAROLINE F. WINTER

Dated: February 22, 2005

HOGE, FENTON, JONES & APPEL, INC.

By: /s/ James E. Towery
James E. Towery
Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

## ORDER

IT IS SO ORDERED.

Date: 2/23/06

/s/ Richard Seeborg
RICHARD SEEBORG
UNITED STATED MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is

☒ BAUTE & TIDUS, LLP; 801 South Figueroa Street, Suite 1100; Los Angeles, CA 90017; Tel: (213) 630-5004

☐ FIRST LEGAL SUPPORT SERVICES, 1511 West Beverly Boulevard, Los Angeles, CA 90026; telephone (213) 250-1111

On the date of my signature below, I served the following listed documents on the interested parties in this action as follows:

**BOB BARKER COMPANY v. FERGUSON SAFETY PRODUCTS, INC., et al.**
U.S.D.C. Case No.   C04 04813 ARB
[1725.2]

**JOINT STIPULATION AND
[PROPOSED] ORDER RE:
BRIEFING ON PLAINTIFF'S MOTIONS
(1) TO COMPEL DISCOVERY AND
(2) TO IMPOSE DISCOVERY SANCTIONS**

☐ By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

☐ By Facsimile to the names and fax numbers listed below.

☐ By Federal Express ~ Next Business Day Delivery: by placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

☒ By Mail: by placing a true copy thereof in a sealed envelope and addressed to the parties listed below. I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

| | | |
|---|---|---|
| 1 | James E. Towery, Esq. | *Attorneys for Plaintiff* |
| 2 | Allison B. Short, Esq. | *BOB BARKER COMPANY, INC.* |
|   | HOGE, FENTON, JONES & APPEL, INC. | |
| 3 | 60 S. Market St., Ste. 1400 | |
| 4 | San Jose, CA 95113-2396 | |
|   | Tel: (408) 287-9501 | |
| 5 | Fax: (408) 287-2583 | |
| 6 | Donald G. Hunt, Jr., Esq. | *Attorneys for Plaintiff* |
|   | AKINS, HUNT & FEARON, P.C. | *BOB BARKER COMPANY, INC.* |
| 7 | 134 N. Main St., Ste. 204 | |
|   | P.O. Box 266 | |
| 8 | Fuquay-Varina, NC 27526 | |
|   | Tel: (919) 552-2020 | |
| 9 | Fax: (919) 552-3221 | |

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

☐ (FEDERAL - ATTORNEY) I hereby certify that I am a member of the Bar of the United States District Court, _____ *District* of California, and I certify under penalty of perjury that the foregoing is true and correct.

Executed on 2/22/06 at Los Angeles, California.

Kirsten DeVere
print name                                   signature

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

[84845.1]

PROOF OF SERVICE