JAMES E. TOWERY -- BAR NO. 74058
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

DONALD G. HUNT, JR. (Pro Hac Vice)
AKINS, HUNT & FEARON, P.C.
134 N. MAIN STREET, SUITE 204
Post Office Box 226
Fuquay-Varina, NC 27526
(919) 552-2020
FAX: (919) 552-2020

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC.<br><br>        Plaintiff,<br><br>    vs.<br><br>FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER,<br><br>        Defendants. | No. C04-04813JW ARB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

TO THE COURT:

THE PARTIES, through their respective counsel, hereby stipulate as follows:

1.   Because the parties require additional time to complete discovery and designate expert witnesses, the parties consent, stipulate and agree to the following modifications to the existing scheduling order:

A.   Any party wishing to present expert testimony with respect to a claim or a defense shall lodge with the Court and serve on all other parties the name, address, qualifications, resume, and a written report which complies with Fed.R.Civ.P. 26(a)(2)(B) on or before June 2, 2006.

B. Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2 for hearing no later than August 25, 2006.

C. If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proffering a rebuttal expert shall make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B) on or before July 7, 2006.

D. Pursuant to Civil L.R. 26-2, all discovery, including supplemental disclosure and depositions of expert witnesses, must be completed by September 29, 2006.

E. The last day for hearing dispositive motions is November 13, 2006 at 9:00 a.m. Any motions must be noticed in accordance with the Local Rules of this Court.

F. The attorneys who will try the case are ordered to confer with one another and to file and lodge with Chambers on January 12, 2007 a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order as described in the court's initial scheduling order.

G. The attorneys who will try the case are ordered to appear in January 29, 2007 at 11:00 a.m. for a Preliminary Pretrial and Trial Setting Conference.

H. All remaining terms, conditions and provisions of the court's initial scheduling order remain unchanged.

Dated: May 3, 2006                                    HOGE, FENTON, JONES & APPEL, INC.


                                                     /S/
                                                     _____
                                                     JAMES E. TOWERY
                                                     Attorney for Plaintiff
                                                     BOB BARKER CO., INC.

| | | |
|---|---|---|
| 1 | Dated: May 3, 2006 | BAUTE & TIDUS LLP |
| 2 | | |
| 3 | | /S/ |
| | | MARK D. BAUTE |
| 4 | | Attorney for Defendant |
| | | FERGUSON SAFETY PRODUCTS |

**ORDER**

IT IS SO ORDERED.

Date: 05/16/06

*/s/ James Ware*
UNITED STATES DISTRICT COURT JUDGE

-3-
JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am now and at all times herein mentioned have been over the age of 18 years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 60 South Market Street, San Jose, California 95113-2396. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served copies of the attached **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** by placing said copies in envelopes addressed to:

Mark Baute
David Crochetiere
Baute & Tidus LLP
801 South Figueroa St., Suite 1100
Los Angeles, CA  90017
Phone No.:  (213) 630-5000
Fax No.:  (213) 683-1225
Attorney for Defendants

Donald G. Hunt, Jr.
Akins Hunt & Fearon, P.C.
Barker Plaza
134 North Main Street, Suite 204
P.O. Box 266
Fuquay-Varina, NC  27526
Phone No.:  (919) 552-2020
Fax No.:  (919) 552-3221

which envelopes were then sealed and, with postage fully prepaid thereon, were on 5/4/2006 placed for collection and mailing at my place of business following ordinary business practices.  Said correspondence will be deposited with the United States Postal Service at San Jose, California on the above-referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

-1-

\\HFJAFILE\NDrive\74253\Pos\195514.doc

-2-

1  I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct and that this Declaration was executed on 5/4/2006.

_____
Sandy Quintana

Court Action No: C04-04813JW ARB
Case Name: BBC, INC. v. Ferguson, et al.

\\HFJAFILE\NDrive\74253\Pos\195514.doc