BAUTE & TIDUS LLP
MARK D. BAUTE - **State Bar No. 127329**
DAVID P. CROCHETIERE - **State Bar No. 115582**
801 South Figueroa Street, Suite 1100
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mbaute@bautelaw.com

Attorneys for Defendants
FERGUSON SAFETY PRODUCTS, INC.,
LONNA M. SPEER, and CAROLINE F. WINTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER, <br><br> Defendants. | Case No. C04 04813 JW ARB (RS) <br> [Complaint filed: 11/12/04] <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER RE:** <br><br> **EXPERT WITNESS DESIGNATION** |

[86872.1]            JOINT STIPULATION AND [PROPOSED] ORDER

**TO THE COURT:**

THE PARTIES, through their respective counsel, hereby stipulate as follows:

1. Because the parties require additional time to complete discovery and designate expert witnesses, the parties consent, stipulate and agree to the following limited modifications to the existing scheduling order:

    A. Any party wishing to present expert testimony with respect to a claim or a defense shall lodge with the Court and serve on all other parties the name, address, qualifications, resume, and a written report which complies with Fed. R. Civ. P. 26(a)(2)(B) on or before July 5, 2006.

    B. Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2 for hearing no later than ~~September 8,~~ September 11 2006.

    C. If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proffering a rebuttal expert shall make the disclosures required by Fed. R. Civ. P. 26(a)(2)(B) on or before August 7, 2006.

    D. All remaining terms, conditions and provisions of the Court's initial scheduling order remain unchanged.

DATED: _____, 2006       HOGE FENTON JONES & APPEL

By _____/s/_____
James E. Towery
Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

DATED: May 26, 2006

BAUTE & TIDUS LLP

By /s/ David P. Crochetiere
David P. Crochetiere
Attorneys for Defendants
FERGUSON SAFETY PRODUCTS, INC.; LONNA M. SPEER, and CAROLINE F. WINTER

**ORDER**

**IT IS SO ORDERED.**

DATE: 6/23/06

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

[86872.1]    2    JOINT STIPULATION AND [PROPOSED] ORDER