JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

BELINDA SUKEENA (Pro Hac Vice)
AKINS, HUNT & FEARON, P.C.
1100 HOLLY SPRINGS ROAD
SUITE 200
Holly Springs, NC 27540
(919) 552-2020
FAX: (919) 552-24152

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, DENNIS SPEER, and CAROLINE F. WINTER,<br><br>　　　　Defendants. | NO. 04-04813 JW<br>ORDER GRANTING<br>**PRO HAC VICE APPLICATION** |

I BELINDA SUKEENA, declare as follows:

　　1.　　I am an attorney at law, duly licensed to practice in the State of North Carolina, and in good standing of the North Carolina bar and the United States District Court. I am a partner in the firm of Akins, Hunt & Fearon, P.C., located at 1100 Holly Springs Road, , North Carolina, and I am an associate of the attorney of record for plaintiff in this matter.

　　2.　　I agree to abide by the Standards of Professional Conduct set forth in Civil

-1-

1 | L.R.11-4, and I agree to become familiar with the Local Rules and Alternative Dispute
2 | Resolution Programs of this Court.

3. Attorney James E. Towery of the law firm of Hoge, Fenton, Jones & Appel, Inc., who is a member of the bar of this Court in good standing and maintains an office in San Jose, California, is designated as co-counsel in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Holly Springs, North Carolina, on June 8, 2006.

/s/ Belinda Sukeena

IT IS SO ORDERED:

DATED: June 29, 2006

*James Ware*
Honorable Judge Ware
United States District Judge

-2-

\\HFJAFILE\NDrive\74253\Import\204533.doc