1  JAMES E. TOWERY – BAR NO. 74058
   ALISON P. BUCHANAN – BAR NO. 215710
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax: (408) 287-2583

5  DONALD G. HUNT, JR. – [Pro Hac Vice]
   AKINS, HUNT & FEARON, P.C.
6  134 North Main Street, Suite 204
   Post Office Box 226
7  Fuquay-Varina, NC 27526
   Phone: (919) 552-2020
8  Fax: (919) 552-3221

9  Attorneys for Plaintiff
   BOB BARKER COMPANY, INC.
10

11 MARK D. BAUTE – BAR NO. 127329
   BAUTE & TIDUS LLP
12 801 South Figueroa Street, Suite 1100
   Los Angeles, CA 90017
13 Phone: (213) 630-5000
   Fax: (213) 683-1225

14 Attorneys for Defendants
   FERGUSON SAFETY PRODUCTS, INC.
15 LONNA SPEER and CAROLINE F. WINTER

16
17               UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA
19

| BOB BARKER COMPANY, INC. | No. C04-04813 JW ARB |
|---|---|
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS CAROLYN WINTERS (F.R.Civ.P. Rule 41(A)(1)) |
| vs. | |
| FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER, | Dept.: 8<br>Judge: Hon. James Ware |
| Defendants. | |

26 TO THE COURT:
27     THE PARTIES, through their respective counsel, hereby stipulate as follows:
28     1.    The parties agree to dismiss Carolyn Winters, without prejudice, from the

-1-
JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS CAROLYN WINTERS
\\HFJAFILE\NDrive\74253\Plc\209393.doc

1 | above-entitled matter.

2 |     2.   The parties agree that each party is to bear its own costs regarding the
3 | dismissal of Carolyn Winters.
4 |
5 | Dated: July 28, 2006

HOGE, FENTON, JONES & APPEL, INC

By _____/s/_____
James E. Towery
Attorneys for Plaintiff

9 | DATED: July 28, 2006

BAUTE & TIDUS LLP

By _____[signature]_____
Mark Baute
Attorneys for Defendants

ORDER

IT IS SO ORDERED.

DATED: August 4, 2006

_____[signature]_____
JAMES WARE
JUDGE OF THE UNITED STATES
DISTRICT COURT

-2-
JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS CAROLYN WINTERS
\\HFJAFILE\NDrive\74253\Ple\209393.doc