BAUTE & TIDUS LLP
MARK D. BAUTE - State Bar No. 127329
DAVID P. CROCHETIERE - State Bar No. 115582
801 South Figueroa Street, Suite 1100
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mbaute@bautelaw.com

Attorneys for Defendants
FERGUSON SAFETY PRODUCTS, INC.,
LONNA M. SPEER, and CAROLINE F. WINTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER, <br><br> Defendants. | Case No. C04 04813 JW ARB (RS) <br> [Complaint filed: 11/12/04] <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER RE:** <br><br> **POSSIBLE MOTION TO EXCLUDE EXPERT TESTIMONY OF MARK B. FREDKIN, ESQ.** |

**TO THE COURT:**

THE PARTIES, through their respective counsel, hereby stipulate as follows:

1. The parties have exchanged reports of their experts pursuant to Fed. R. Civ. Proc. 26(a)(2)(B).

2. Per the parties' Joint Stipulation filed June 26, 2006, any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a written motion to exclude the expert, or any portion of the expert's

1    testimony, in accordance with Civil Local Rule 7-2 for hearing no later than
2    September 11, 2006.
3        3.    Defendants are considering a challenge to one of plaintiff's experts,
4    Mark B. Fredkin, Esq., but wish to depose Mr. Fredkin before making a final
5    determination in that regard. The September 11 deadline does not afford time for
6    such discovery, given the notice period for motions under the Local Rules.
7        4.    To allow defendants additional time to depose Mr. Fredkin and bring
8    any motion directed to his testimony, the parties consent, stipulate, and agree to
9    the following modifications to the existing scheduling order:
10       A.    The deadline for plaintiff to have a motion heard challenging
11   Mr. Fredkin shall be November 13, 2006, the already existing motion cut-off date
12   for dispositive motions.
13       5.    All remaining terms, conditions and provisions of the Court's initial
14   scheduling order remain unchanged.

15   DATED: August 16, 2006            HOGE FENTON JONES & APPEL

17                                     By _____
                                           James E. Towery
                                           Attorneys for Plaintiff
18                                         BOB BARKER COMPANY, INC.

20   DATED: 8/18, 2006                 BAUTE & TIDUS LLP

21                                     By _____
                                           David P. Crochetiere
22                                         Attorneys for Defendants
                                           FERGUSON SAFETY PRODUCTS,
23                                         INC.; and LONNA M. SPEER

25                                     **ORDER**
26   **IT IS SO ORDERED.**
27   DATE: 8/22/06                     _____
                                       UNITED STATES DISTRICT
28                                     COURT JUDGE

---

[88442.1]                              2        JOINT STIPULATION AND [PROPOSED] ORDER