JAMES E. TOWERY -- BAR NO. 74058
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

DONALD G. HUNT, JR. (Pro Hac Vice)
AKINS, HUNT & FEARON, P.C.
134 N. MAIN STREET, SUITE 204
Post Office Box 226
Fuquay-Varina, NC 27526
(919) 552-2020
FAX: (919) 552-2020

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER,<br><br>Defendants. | No. C04-04813JW ARB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

TO THE COURT:

    THE PARTIES, through their respective counsel, hereby stipulate as follows:

    1.    Pursuant to the prior Orders of this Court dated May 16, 2006, and June 23, 2006, the parties were required to complete all discovery by September 29, 2006. That has been accomplished.

    2.    Pursuant to those prior Orders, the last day for hearing of dispositive motions was November 13, 2006, and the last day for hearing of any motion to exclude an expert or any portion of an expert's testimony was August 25, 2006. Under the Court's

1  local rules, the deadline for filing a motion to compel discovery is ten days after the
2  discovery cut-off, or no later than October 10, 2006.
3      3.  Because discovery, including expert discovery, has only been
4  completed during the week of September 25, and because both parties require additional
5  time to prepare and file appropriate motions, the parties hereby consent, stipulate and
6  agree to the following modifications of the existing Scheduling Order:
7      A.  The last day for hearing dispositive motions shall be Monday,
8  January 8, 2007;
9      B.  Any motion to exclude the testimony of Mark Fredkin as an
10 expert witness or any portion of the Fredkin's testimony shall be set for hearing no later
11 than Monday, January 8, 2007.
12     C.  Any discovery motions shall be filed no later than October 30,
13 2006.
14     D.  All remaining terms and conditions of the court's previous
15 scheduling orders remain unchanged, including the Preliminary Pretrial and Trial Setting
16 Conference on January 29, 2007, at 11:00 a.m.

17 Dated: September __, 2006          HOGE, FENTON, JONES & APPEL, INC.

                                     /S/
                                     JAMES E. TOWERY
                                     Attorney for Plaintiff
                                     BOB BARKER CO., INC.

OK
Dated: September ~~----, 2006~~       BAUTE & TIDUS LLP

                                     /S/
                                     MARK D. BAUTE
                                     Attorney for Defendant
                                     FERGUSON SAFETY PRODUCTS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause appearing therefore, IT IS SO ORDERED. |
| 3 | Date: 10/06/06 |
| 4 | UNITED STATES DISTRICT COURT JUDGE |