JAMES E. TOWERY -- BAR NO. 74058
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

DONALD G. HUNT, JR. (Pro Hac Vice)
AKINS, HUNT & FEARON, P.C.
134 N. MAIN STREET, SUITE 204
Post Office Box 226
Fuquay-Varina, NC 27526
(919) 552-2020
FAX: (919) 552-2020

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER,<br><br>Defendants. | No. C04-04813JW ARB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

TO THE COURT:

THE PARTIES, through their respective counsel, hereby stipulate as follows:

1. Pursuant to a prior order of the court dated 6 October 2006, it was ordered that discovery motions should be filed not later than 30 October 2006.

2. Because counsel have reached an agreement that may eliminate the necessity of filing discovery motions and because the parties require additional time to perfect this agreement, the parties hereby consent, stipulate and agree to the following modification to the existing Scheduling Order:

   A. Any discovery motions should be filed no later than 30 November 2006.

B. All remaining terms and conditions of the court's previous scheduling order remain unchanged, including the Preliminary Pretrial and Trial setting Conference on 29 January 2007 at 11:00 a.m.

HOGE FENTON JONES & APPEL

Dated: October 25, 2006

/S/
JAMES E. TOWERY
Attorney for Plaintiffs
BOB BARKER CO., INC.

BAUTE & TIDUS LLP

Dated: October 25, 2006

/S/
DAVID P. CROCHETIERE
Attorney for Defendant
FERGUSON SAFETY PRODUCTS

**ORDER**

IT IS SO ORDERED.

Date: 11/02/06

*James Ware*
UNITED STATES DISTRICT COURT JUDGE