```
1  JAMES E. TOWERY -- BAR NO. 74058
   ALLISON B. SHORT -- BAR NO. 223065
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax:  (408) 287-2583

5  JAMIE L. VAVONESE (Pro Hac Vice)
   AKINS, HUNT & FEARON, P.C.
6  134 N. Main Street
   Suite 204
7  Fuquay-Varina, NC 27526
   (919) 552-2020
8  FAX: (919) 552-3221

9  Attorneys for Plaintiff
   BOB BARKER COMPANY, INC.
10
11
12                     UNITED STATES DISTRICT COURT
13
14                    NORTHERN DISTRICT OF CALIFORNIA
15
   BOB BARKER COMPANY, INC.
16
         Plaintiff,                    PRO HAC VICE APPLICATION
17                                     CASE NO: 5: C 04-04813 JW
     vs.
18
   FERGUSON SAFETY PRODUCTS,
19 INC., LONNA M. SPEER, DENNIS
   SPEER, and CAROLINE F. WINTER,
20
         Defendants.
21

22       I, JAMIE L. VAVONESE, declare as follows:

23       1.    I am an attorney at law, duly licensed to practice in the State of North

24 Carolina, and in good standing of the North Carolina bar and the United States District

25 Court. I am an associate attorney in the firm of Akins, Hunt & Fearon, P.C., located at 134

26 N. Main Street, Suite 204, North Carolina, and I am an associate of the attorney of record

27 for plaintiff in this matter.

28       2.    I agree to abide by the Standards of Professional Conduct set forth in Civil
```

-1-

1. L.R.11-4, and I agree to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

2. 3.  Attorney James E. Towery of the law firm of Hoge, Fenton, Jones & Appel, Inc., who is a member of the bar of this Court in good standing and maintains an office in San Jose, California, is designated as co-counsel in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fuquay-Varina, North Carolina, on November 17, 2006.

/s/ Jamie L. Vavonese

IT IS SO ORDERED:

DATED: November 29, 2006

_____
Honorable Judge Ware
United States District Judge

-2-

M:\Clients (DGH)\Bob Barker Co\Ferguson Safety Products\BBC v. FSP (2004)\Pleadings\Pro Hac Vice Application and Order (JLV 11-17-06).doc