JAMES E. TOWERY -- BAR NO. 74058
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

DONALD G. HUNT, JR. (Pro Hac Vice)
AKINS, HUNT & FEARON, P.C.
134 N. MAIN STREET, SUITE 204
Post Office Box 226
Fuquay-Varina, NC 27526
(919) 552-2020
FAX: (919) 552-2020

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER,<br><br>Defendants. | No. C04-04813JW ARB<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CHANGING DATE FOR FILING OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date:   January 8, 2007<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 8<br>Judge:  Judge James Ware<br><br>Complaint Filed: November 12, 2004 |

TO THE COURT:

THE PARTIES, through their respective counsel, hereby stipulate as follows:

1. On December 4, 2006, plaintiff filed a motion for partial summary adjudication in this case. Defendants filed their opposition to the motion on December 18, 2006. Plaintiff's reply brief is due on December 26, 2006. The hearing date is scheduled for January 8, 2007.

2. An extension of time to file the reply brief is requested, as there is a conflict

-1-
JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

1  with the Christmas holiday and vacation schedule of the parties and counsel.

2      3.    Plaintiff Counsel James Towery and Defense Counsel David Crochetiere
3  have agreed to extend the time within which plaintiff must file a reply brief until January 2,
4  2007.

5      4.    Both counsel understand that the Court may have inadequate time to review
6  the filings prior to the January 8, 2007 hearing date. Counsel certainly have no objection if
7  the court elects to move the January 8, 2007 hearing date on plaintiff's motion for partial
8  summary judgment.

9      5.    The scheduling order of this Court dated October 6, 2006, required all
10 dispositive motions be heard by January 8, 2007. To the extent that this Stipulation causes
11 the Court to delay the hearing date of the motion, it will modify that scheduling order.

12 Dated: December 21, 2006        HOGE, FENTON, JONES & APPEL, INC.

14         /S/
        JAMES E. TOWERY
15         Attorney for Plaintiff
        BOB BARKER CO., INC.

16 Dated: December 21, 2006        BAUTE & TIDUS LLP

18         /S/
        DAVID CROCHETIERE
19         Attorney for Defendant
        FERGUSON SAFETY PRODUCTS

## ORDER

Good cause appearing therefore, IT IS ORDERED that Plaintiff has until January 2, 2007 to file a reply brief in support of its motion for partial summary adjudication.

Date: Dec 21 2006        *James Ware*
        UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER