**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bob Barker Company, | NO. C 04-04813 JW |
|     Plaintiff,<br>v. | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION** |
| Ferguson Safety Products, Inc., et al., | |
|     Defendants. | |

In light of the parties' stipulation moving certain briefing schedule, the Court continues the hearing on Plaintiff's Motion for Summary Judgment presently scheduled for January 8, 2007 to **February 5, 2007 at 9 a.m.**

Dated: December 27, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Paige Buchanan apb@hogefenton.com
David Peter Crochetiere dcrochetiere@bautelaw.com
Donald G. Hunt dgh@akinshunt.com
James E. Towery jet@hogefenton.com
Jeffrey Alan Tidus jtidus@bautelaw.com
Mark D. Baute mbaute@bautelaw.com

**Dated: December 27, 2006**          **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers**
                                             **Elizabeth Garcia**
                                             **Courtroom Deputy**