1  JAMES E. TOWERY -- BAR NO. 74058
   HOGE, FENTON, JONES & APPEL, INC.
2  Sixty South Market Street, Suite 1400
   San Jose, California 95113-2396
3  Phone: (408) 287-9501
   Fax:  (408) 287-2583
4
   DONALD G. HUNT, JR. (Pro Hac Vice)
5  AKINS, HUNT & FEARON, P.C.
   134 N. MAIN STREET, SUITE 204
6  Post Office Box 226
   Fuquay-Varina, NC 27526
7  (919) 552-2020
   FAX: (919) 552-2020
8
   Attorneys for Plaintiff
9  BOB BARKER COMPANY, INC.

10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14 | BOB BARKER COMPANY, INC.          | No. C04-04813JW ARB
15 |     Plaintiff,                    | JOINT STIPULATION AND [PROPOSED]
   |                                   | ORDER REGARDING CHANGING PRE-
16 | vs.                               | TRIAL HEARING DATE AND THE FILING
   |                                   | OF THE PRE-TRIAL CONFERENCE
17 | FERGUSON SAFETY PRODUCTS,         | STATEMENT DATE
   | INC., LONNA M. SPEER, and
18 | CAROLINE F. WINTER,
19 |     Defendants.                   | Complaint Filed: November 12, 2004

20
   TO THE COURT:
21
        THE PARTIES, through their respective counsel, hereby stipulate as follows:
22
        1.    The Preliminary Pretrial and Trial Setting Conference is on calendar for
23
   January 29, 2007 and the Preliminary Pretrial and Trial Setting Conference statement is
24
   due on January 12, 2007.  These dates were established by a modified scheduling order
25
   that was entered on May 16, 2006.  Since that time, several other deadlines have been
26
   moved that have an impact on the feasibility of a pretrial conference at this time.
27
        2.    The parties propose moving the Preliminary Pretrial and Trial Setting
28

-1-

Conference statement deadline to March 30, 2007 and the Preliminary Pretrial and Trial Setting Conference to April 16, 2007.  Moving these dates will give the parties the added benefits of (i) having a ruling on the pending motion for summary judgment which will guide the structure of the pretrial statement, and (ii) allow the parties additional time to prepare a meaningful pretrial statement rather than assuming every issue will need to be tried.

Dated:  January 10, 2007    HOGE, FENTON, JONES & APPEL, INC.

/S/
JAMES E. TOWERY
Attorney for Plaintiff
BOB BARKER CO., INC.

Dated:  January 10, 2007    BAUTE & TIDUS LLP

/S/
DAVID CROCHETIERE
Attorney for Defendant
FERGUSON SAFETY PRODUCTS

## ORDER

Good cause appearing therefore, IT IS ORDERED that the Preliminary Pretrial and Trial Setting Conference will be held on April 16, 2007, and the last day to file and lodge with Chambers a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order is March 30, 2007.

Date:  Jan 11 2007

*James Ware*
UNITED STATES DISTRICT COURT JUDGE