**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bob Barker Company,<br><br>      Plaintiff,<br>  v.<br><br>Ferguson Safety Products, Inc., et al.,<br><br>      Defendants.<br>_____/ | NO. C 04-04813 JW<br><br>**ORDER CONTINUING HEARING BASED ON UNAVAILABILITY OF CHAMBERS COPIES** |

     Pursuant to General Order No. 45, the parties are required to lodge Chambers' copies with the Clerk's Office of all documents filed electronically. The Court has not received Chambers' copies of the following documents that were filed electronically: (1) Memorandum in Opposition to Plaintiff Bob Barker Company, Inc.'s Motion for Partial Summary Judgment, Docket Item No. 80; (2) Declaration of David P. Crochetiere in Support of Opposition re: Motion for Partial Summary Judgment, Docket Item Nos. 81-83. Accordingly, the hearing on this matter is rescheduled from February 5, 2007 to **March 12, 2007 at 9 AM**. Defendants shall lodge Chambers' copies of the above-named documents with the Clerk's Office by **February 12, 2007**.

Dated: January 25, 2007

                                                       *James Ware*
                                                       JAMES WARE
                                                       United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Paige Buchanan apb@hogefenton.com
David Peter Crochetiere dcrochetiere@bautelaw.com
Donald G. Hunt dgh@akinshunt.com
James E. Towery jet@hogefenton.com
Jeffrey Alan Tidus jtidus@bautelaw.com
Mark D. Baute mbaute@bautelaw.com

**Dated:  January 25, 2007**                                  **Richard W. Wieking, Clerk**


                                                              **By:   /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**