JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN – BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

DONALD G. HUNT, JR. (Pro Hac Vice)
AKINS, HUNT & FEARON, P.C.
134 N. MAIN STREET, SUITE 204
Post Office Box 226
Fuquay-Varina, NC 27526
Phone: (919) 552-2020
Fax: (919) 552-2020

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER,<br><br>Defendants. | No. C04-04813JW ARB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL CONFERENCE STATEMENT FILING DEADLINE**<br><br>Complaint Filed: November 12, 2004 |

TO THE COURT:

THE PARTIES, through their respective counsel, hereby stipulate as follows:

1.  The Preliminary Pretrial and Trial Setting Conference is currently scheduled to take place May 14, 2007, pursuant to the Court's March 1, 2007 Order regarding same. The Pretrial and Trial Setting Conference Statement is currently due to be filed with the Court on or before March 30, 2007, pursuant to a previous Joint Stipulation and Order entered by the Court on January 11, 2007.

2. The parties propose moving the deadline for the filing of the Preliminary Pretrial and Trial Setting Conference Statement from March 30, 2007 to May 4, 2007. Moving this date will give the parties the added benefit of having a ruling on the pending motion for summary judgment, which will guide the structure, complexity, and issues addressed in the pretrial statement.

Dated: March 2, 2007

HOGE, FENTON, JONES & APPEL, INC.

/S/
ALISON P. BUCHANAN
Attorney for Plaintiff
BOB BARKER CO., INC.

Dated: March 2, 2007

BAUTE & TIDUS LLP

/S/
DAVID CROCHETIERE
Attorney for Defendant
FERGUSON SAFETY PRODUCTS

### ORDER

Good cause appearing therefore, IT IS ORDERED that the last day to file and lodge with Chambers a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order is May 4, 2007.

Date: 3/6/2007

*James Ware*
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL CONFERENCE STATEMENT FILING DEADLINE