1  JAMES E. TOWERY – BAR NO. 74058
   ALISON P. BUCHANAN – BAR NO. 215710
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax: (408) 287-2583

5  DONALD G. HUNT, JR. (Pro Hac Vice)
   AKINS, HUNT & FEARON, P.C.
6  134 N. MAIN STREET, SUITE 204
   Post Office Box 226
7  Fuquay-Varina, NC 27526
   Phone: (919) 552-2020
8  Fax: (919) 552-2020

9  Attorneys for Plaintiff
   BOB BARKER COMPANY, INC.
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  BOB BARKER COMPANY, INC.            No. C04-04813JW ARB

            Plaintiff,            **ORDER DENYING STIPULATION**
15                                **REGARDING HEARING ON**
       vs.                        **DEFENDANTS' MOTION FOR**
16                                **RECONSIDERATION AND REALTED**
    FERGUSON SAFETY PRODUCTS,      **DEADLINES**
17  INC., LONNA M. SPEER, and
    CAROLINE F. WINTER,
18
            Defendants.
19
                                  Complaint Filed: November 12, 2004
20

21  TO THE COURT:

22        THE PARTIES, through their respective counsel, hereby stipulate as follows:

23     1.  The hearing on Ferguson Safety Products, Inc.'s Motion for Reconsideration is

24  currently scheduled to take place August 6, 2007, pursuant to the Court's June 6, 2007

25  Order regarding same.   Ferguson Safety Products, Inc.'s Motion for Reconsideration was

26  due to be filed with the Court on or before June 29, 2007; Bob Barker Company's

27  Opposition to Ferguson Safety Products, Inc.'s Motion for Reconsideration is currently due

28
                                  -1-
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION FOR
RECONSIDERATION AND RELATED DEADLINES
\\HFJAFS\NDrive\74253\Ple\269122.doc

DENIED
*James Ware*
Judge James Ware

1  to be filed with the Court on or before July 13, 2007.

2      2.  The parties propose moving the hearing on Ferguson Safety Products, Inc.'s Motion

3  for Reconsideration from August 6, 2007 to October 1, 2007.

4      3.  The parties further propose that the parties shall brief this matter in accordance with

5  the Local Civil Rules based on the new hearing date (October 1, 2007) as follows:

6          Ferguson Safety Product, Inc.'s Motion is due: August 24, 2007

7          Bob Barker Company's Opposition is due: September 7, 2007

8          Ferguson Safety Product, Inc.'s Reply, if any, is due: September 14, 2007

9      4.  Ferguson Safety Products, Inc. may or may not decide that its Application for Leave

10  to File a Motion for Reconsideration, which Ferguson Safety Products, Inc. filed with this

11  Court on May 21, 2007, will serve as Ferguson Safety Products, Inc.'s Motion for

12  Reconsideration.

13     5.  The parties agree that if Ferguson Safety Products, Inc. decides that its Application

14  for Leave to File Motion for Reconsideration will serve as its moving papers and if

15  Ferguson Safety Products, Inc. does not intend to file a further moving papers in this

16  regard, Ferguson Safety Products, Inc. shall advise Bob Barker Company's counsel and

17  the Court of same on or before August 24, 2007 - the date Ferguson Safety Products,

18  Inc.'s moving papers are due (based on the Local Civil Rules and the October 1, 2007

19  hearing date).

20     6.  By entering this stipulation, Bob Barker Company is not waiving any argument that

21  may otherwise be available to Bob Barker Company.

22  Dated:  July 13, 2007                    HOGE, FENTON, JONES & APPEL, INC.
                                                       /S/
23                                             ALISON P. BUCHANAN
                                               Attorney for Plaintiff
24                                             BOB BARKER CO., INC.

25  Dated:  July 13, 2007                    BAUTE & TIDUS LLP
                                                       /S/
26                                             MARK BAUTE
27                                             Attorney for Defendant
                                               FERGUSON SAFETY PRODUCTS
28
                                               -2-

1

## <u>ORDER</u>

2      The Court DENIES the parties' Stipulation to amend the briefing schedule for the **August 6,**

3 **2007** hearing on Defendants' Motion for Reconsideration.  This case has been pending before the

4 Court since 2004.  The Court finds that it is necessary to move this case forward expeditiously.

5 Accordingly, the parties shall adhere to the briefing schedule set forth by the Court's June 6, 2007

6

7 Order.  Nothing in this Order prevents Defendants from withdrawing their motion.

8

9 Dated:  July 17, 2007

10 JAMES WARE
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-