JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN – BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

DONALD G. HUNT, JR. (Pro Hac Vice)
AKINS, HUNT & FEARON, P.C.
134 N. MAIN STREET, SUITE 204
Post Office Box 226
Fuquay-Varina, NC 27526
Phone: (919) 552-2020
Fax: (919) 552-2020

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC. <br><br> Plaintiff, <br><br> vs. <br><br> FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER, <br><br> Defendants. | No. C04-04813JW ARB <br><br> JOINT STIPULATION AND [PROPOSED] ORDER RE: TRIAL EXHIBIT AND WITNESS LISTS <br><br> Trial Date: December 4, 2007 <br><br> Complaint Filed: November 12, 2004 |

TO THE COURT:

    THE PARTIES, through their respective counsel, hereby stipulate as follows:

    1.    The trial in this matter is scheduled to begin December 4, 2007.

    2.    The Final Pretrial Conference is scheduled to take place Monday, November 19, 2007.

    3.    Pursuant to the Court's May 14, 2007 Order, the parties are to submit a joint list of witnesses, a joint list of exhibits, and marked copies of the joint exhibits to the Court at the Final Pretrial Conference on November 19, 2007.

4. The parties propose adjusting the above-referenced deadline relating to the submission of the joint list of witnesses, joint list of exhibits, and marked copies of the joint exhibits, so that the of the joint list of witnesses, joint list of exhibits, and marked copies of the joint exhibits are due to the Court on November 29, 2007.

5. The parties agree that moving the above-referenced deadline will not impact their ability to prepare for and participate in the December 2007 trial of this matter.

6. The parties hereby confirm that this request is not made for purposes of delay, or for any other improper purpose.

Dated: November 16, 2007               HOGE, FENTON, JONES & APPEL, INC.

                                       _____/S/_____
                                       ALISON P. BUCHANAN
                                       Attorney for Plaintiff
                                       BOB BARKER CO., INC.

Dated: November 16, 2007               BAUTE & TIDUS LLP

                                       _____/S/_____
                                       DAVID CROCHETIERE
                                       Attorney for Defendant
                                       FERGUSON SAFETY PRODUCTS

## ORDER

The stipulation is denied as moot.

Date: November 28, 2007                *James Ware*
                                       UNITED STATES DISTRICT COURT JUDGE