JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

DONALD G. HUNT, JR. (*Pro Hac Vice*)
AKINS / HUNT, P.C.
134 N. MAIN STREET, SUITE 204
Post Office Box 226
Fuquay-Varina, NC 27526
Phone: (919) 552-2020
Fax: (919) 552-3221

Attorneys for Plaintiff
BOB BARKER COMPANY, INC.

GRANTED
/s/ James Ware
Judge James Ware
12/03/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BARKER COMPANY, INC. | No. C04-04813JW ARB |
| Plaintiff, | PLAINTIFF BOB BARKER COMPANY, INC.'S PROPOSED ORDER RE: COURTROOM SUPPLIES |
| vs. | |
| FERGUSON SAFETY PRODUCTS, INC., LONNA M. SPEER, and CAROLINE F. WINTER, | Honorable James Ware |
| Defendants. | Trial Date: December 4, 2007 |

Plaintiff Bob Barker Company, Inc. requests that the Court enter an Order allowing it to bring the following supplies:

1. 1 distribution video amplifier
2. 1 15" lcd monitor
3. 1 speaker and stand
4. 1 8' screen
5. 1 lcd projector
6. 1 laptop computer

-1-
PLAINTIFF BOB BARKER COMPANY, INC.'S PROPOSED ORDER RE: COURTROOM SUPPLIES
C04-04813 JW
\\HFJAFS\NDrive\74253\Ple\291687.doc

1     Plaitniff requests permission to set up these supplies on Tuesday, December 4, 2007 in the

2 afternoon.

3 DATED: December 3, 2007

                                       HOGE, FENTON, JONES & APPEL, INC.

                                       By /s/_____
                                           Alison P. Buchanan
                                           Attorneys for Plaintiff
                                           BOB BARKER COMPANY, INC.

## ORDER

    IT IS SO ORDERED. Plaintiff's Counsel shall bring this order when checking into the Courthouse. Counsel can set up equipment for trial anytime after 2:30 PM Decmember 4, 2007.

DATED: December 3, 2007              /s/ James Ware_____

                                       UNITED STATES DISTRICT COURT JUDGE

PLAINTIFF BOB BARKER COMPANY, INC.'S PROPOSED ORDER RE: COURTROOM SUPPLIES
C04-04813 JW
\\HFJAFS\NDrive\74253\Ple\291687.doc