IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bob Barker Company, | NO. C 04-04813 JW |
|     Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Ferguson Safety Products, Inc., et al., | |
|     Defendants. | |

    On December 14, 2007, the jury returned a verdict in the above entitled case. There are several remaining issues for the Court to resolve before entering a judgment. Accordingly, the parties shall appear for a Case Management Conference on **February 25, 2008 at 10 a.m.** On or before **February 20, 2008**, the parties shall file a Joint Case Management statement. The statement shall inform the Court on the parties' positions with respect to whether Plaintiff is entitled to nominal damages and whether it is necessary to have a Court trial on Plaintiff's UCL and FAL claims under §§ 17200 and 17500.

Dated: February 12, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Paige Buchanan apb@hogefenton.com
David Peter Crochetiere dcrochetiere@bautelaw.com
Donald G. Hunt dgh@akinshunt.com
James Earl Towery jet@hogefenton.com
Jeffrey Alan Tidus jtidus@bautelaw.com
Mark D. Baute mbaute@bautelaw.com
Patrick Merritt Maloney pmaloney@bautelaw.com
Virginia K. DeMarchi vdemarchi@fenwick.com

**Dated: February 12, 2008**  **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**