IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bob Barker Company, Inc. | NO. C 04-04813 JW |
|     Plaintiff,<br>v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Ferguson Safety Products, Inc., et al., | |
|     Defendants. | |

The Court conducted a Case Management Conference on **February 25, 2008**. Counsel for the respective parties were present. Based on the discussion at the conference, the Court orders as follows:

Court sets a hearing for **June 16, 2008 at 9 a.m.** on the following four issues: (1) whether Plaintiff is entitled to nominal damages for breach of contract, and whether Plaintiff is the prevailing party on the breach of contract claim; (2) whether Plaintiff is entitled to an injunction pursuant to its §§ 17200 and 17500 claims, and whether an evidentiary hearing on the issue is necessary; (3) whether Plaintiff is entitled to an injunction pursuant to its Lanham Act claim; and (4) whether the Court should make a ruling on the pending contempt motion in No. C 00-21179 JW.

The parties shall file cross-motions on the above issues in accordance with the Civil Local Rules.

Dated: February 26, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Paige Buchanan apb@hogefenton.com
David Peter Crochetiere dcrochetiere@bautelaw.com
Donald G. Hunt dgh@akinshunt.com
James Earl Towery jet@hogefenton.com
Jeffrey Alan Tidus jtidus@bautelaw.com
Mark D. Baute mbaute@bautelaw.com
Patrick Merritt Maloney pmaloney@bautelaw.com

**Dated: February 26, 2008**          **Richard W. Wieking, Clerk**

                                       **By:  /s/ JW Chambers**
                                       **Elizabeth Garcia**
                                       **Courtroom Deputy**