United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bob Barker Company, | NO. C 04-04813 JW |
|       Plaintiff,<br>v. | **ORDER VACATING JUNE 16, 2008 HEARING** |
| Ferguson Safety Products, Inc., et al., | |
|       Defendants. | |

Before the Court are the parties' motions on the issues identified in the Court's February 26, 2008 Order. (Docket Item Nos. 218, 220, 222.) The Court found it appropriate to take these motions under submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the hearing presently set for June 16, 2008.

Dated: June 12, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Paige Buchanan apb@hogefenton.com
David Peter Crochetiere dcrochetiere@bautelaw.com
Donald G. Hunt dgh@akinshunt.com
James Earl Towery jet@hogefenton.com
Jeffrey Alan Tidus jtidus@bautelaw.com
Mark D. Baute mbaute@bautelaw.com
Patrick Merritt Maloney pmaloney@bautelaw.com
Virginia K. DeMarchi vdemarchi@fenwick.com

**Dated:  June 12, 2008**                              **Richard W. Wieking, Clerk**

                                                                     **By:   /s/ JW Chambers**
                                                                                  **Elizabeth Garcia**
                                                                                  **Courtroom Deputy**